IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr198

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| MARCOS NAVARRO-PEREZ | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion.

This case is pending before the Honorable Frank W. Whitney for sentencing. (Doc. No. 13: Acceptance and Entry of Guilty Plea). The defendant has another case, under the name of Joaquin Hernandez Perez, pending for sentencing before the undersigned. (Case No. 3:09cr131, Doc. No. 13: Acceptance and Entry of Guilty Plea).

**IT IS, THEREFORE, ORDERED** that this matter is reassigned to the undersigned for disposition, pursuant to the Case Assignment Order for the Charlotte Division. (Misc. No. 3:07mc61, Doc. No. 4: Administrative Order).

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: March 1, 2010

Robert J. Conrad, Jr.
Chief United States District Judge